1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10  FILIBERTO RODRIGUEZ                       ) Case No.: 17-cv-01788-DMS-WVG
                                             )
11              Plaintiff,                    ) ORDER ON MOTION FOR
                                             ) ATTORNEY FEES PURSUANT TO
12       vs.                                  ) 42 U.S.C. § 406(b)
                                             )
13  ANDREW SAUL,                             )
    Commissioner of Social Security,         )
14                                           )
                Defendant.                    )
15                                           )
                                             )
16  _____

17       The Court hereby grants Plaintiff's motion for attorney fees pursuant to 42

18  U.S.C. § 406(b).  The Court awards Brian C. Shapiro attorney fees in the amount of

19  $28,854.75.  The Court orders Brian C. Shapiro to reimburse Filiberto Rodriguez the

20  amount of $4,500.00 for EAJA fees previously paid by the Commissioner.

21       IT IS SO ORDERED.

22  Dated:  June 3, 2021

23                                        _____
                                          Hon. Dana M. Sabraw, Chief Judge
24                                        United States District Court

25
26

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26